UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN CALISI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 11-CV-10671<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND THE TIME BY WHICH DEFENDANT SHALL
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(a)(1), plaintiff Maureen Calisi ("Ms. Calisi") and defendant Abbott Laboratories ("Abbott") hereby move that this Court allow Abbott three additional weeks, to and through July 11, 2011, by which to answer or otherwise respond to the Complaint. As grounds for this Motion, the parties state as follows:

　　1.　　Ms. Calisi caused this personal injury products liability case to be filed on or about April 18, 2011.

　　2.　　On April 19, 2011, Ms. Calisi, through her counsel, notified Abbott that this action had been commenced and requested that Abbott waive service of process. Abbott agreed to waive service of process. Accordingly, pursuant to Fed. R. Civ. P. 4(d)(3), Abbott's answer or other response to the Complaint is due Monday, June 20, 2011.

　　3.　　The parties have conferred and agreed that Abbott shall have three additional weeks, to and through July 11, 2011, by which to answer or otherwise respond to the Complaint. This extension of time is necessary to allow the parties to further confer about certain of Ms. Calisi's claims and determine whether an amended complaint or motion practice will be necessary at the preliminary stages of this case.

2

4.      By the filing of this motion, Abbott does not waive any rights or defenses in this matter. Abbott expressly reserves all such rights and defenses (including the right to challenge the Court's jurisdiction over Abbott), except that Abbott agrees not to challenge the sufficiency of Ms. Calisi's service of process in this action.

5.      As this motion is made jointly, its allowance will prejudice no party.

WHEREFORE, the parties respectfully request that this Court extend the date by which Abbott Laboratories may answer or otherwise respond to the Complaint by three weeks, up to and including July 11, 2011.

| MAUREEN CALISI | ABBOTT LABORATORIES |
|---|---|
| Respectfully submitted,<br>By her attorneys | Respectfully submitted,<br>By its attorneys |
| /s/ Christopher C. Trundy<br>Christopher C. Trundy<br>Massachusetts Bar #555622<br>240 Union Street<br>New Bedford, MA 02740-5943<br>Telephone: 508-984-4000<br>Facsimile: 508-999-1670<br>Email: christrundy@trundylaw.com | Elizabeth K. Levine<br>Richard M. Zielinski BBO #540060<br>Elizabeth K. Levine BBO #658532<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110-3333<br>Telephone: (617) 482-1776<br>Facsimile: (617) 574-4112<br>rzielinski@goulstonstorrs.com<br>elevine@goulstonstorrs.com |

Dated:  June 17, 2011

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, I certify that counsel for all parties have conferred with respect to the issues raised in this Motion and have attempted in good faith to resolve or narrow the issues in dispute resulting in the instant joint Motion.

/s/ Elizabeth K. Levine
Elizabeth K. Levine

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2011.

/s/ Elizabeth K. Levine
Elizabeth K. Levine
