IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAUREEN E. CALISI, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 11-CV-10671-DJC |
| | ) | |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rules 56.1 and 7.1, defendant Abbott Laboratories, through its undersigned counsel, respectfully moves for summary judgment. As grounds for this motion, Abbott respectfully states that, after significant merits discovery, plaintiff has failed to meet her burden as required under well-established legal principles applicable to summary judgment motions. Therefore, Abbott is entitled to judgment as a matter of law dismissing plaintiff's claims in their entirety.

In support of this motion, Abbott relies on the following documents, all of which are being filed contemporaneously herewith: (i) Memorandum in Support of Defendant's Motion for Summary Judgment;[1] (ii) Defendant's Local Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue to be Tried; (iii) Defendant's Motion to Exclude Causation Testimony and Memorandum In Support; (iv) Defendant's Motion to Exclude the Testimony of Michael Hamrell, Ph.D. and Memorandum In Support (v) Declaration of Renee D. Smith in Support of

---

[1] As reflected in Abbott's October 15, 2012 Assented-To Motion for Leave To File Summary Judgment And *Daubert* Briefs In Excess of the Twenty-Page Limitation Set Forth In Local Rule 7.1(B)(4) [Dkt. 57], plaintiff does not object to the submission one combined supporting brief of no more than 45 pages, rather than filing individual briefs in support of the three distinct bases for summary judgment on which Abbott moves.

Defendant's Motion for Summary Judgment; and (vi) Omnibus Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment, Motion to Exclude Causation Testimony, and Motion to Exclude the Testimony of Michael Hamrell, Ph.D.

WHEREFORE, for all of the above-stated reasons, Defendant respectfully requests that this motion be ALLOWED, and that the Court grant the following relief:

(i) Enter judgment for defendant dismissing plaintiff's claims with prejudice;

-and-

(ii) Such other and further relief as this Court deems just and appropriate.

## **ORAL ARGUMENT OR HEARING**

Defendant respectfully believes that the record is fully developed and that the Court need not hold oral argument on this motion. Nonetheless, should the Court wish to do so, Abbott certainly has no objection to oral argument to further consider the issues raised in the present Motion for Summary Judgment.

| | |
|---|---|
| DATED:   October 19, 2012 | ABBOTT LABORATORIES |
| | Respectfully submitted,<br>By its attorneys |
| | */s/ Michael P. Foradas* |
| Richard M. Zielinski BBO #540060 | Michael P. Foradas, *Attorney-in-charge* |
| Elizabeth K. Levine BBO #658532 | Douglas G. Smith |
| GOULSTON & STORRS, P.C. | Renee D. Smith |
| 400 Atlantic Avenue | Andrew P. Bautista |
| Boston, Massachusetts 02110-3333 | KIRKLAND & ELLIS LLP |
| Tel: (617) 482-1776 | 300 N. LaSalle Street |
| Fax: (617) 574-4112 | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| Traci L. Shafroth | Facsimile: (312) 862-2200 |
| California Bar No. 251673 | mforadas@kirkland.com |
| KIRKLAND & ELLIS LLP | rdsmith@kirkland.com |
| 555 California Street | abautista@kirkland.com |
| San Francisco, CA  94104 | |
| Telephone:  (415) 439-1400 | |
| Facsimile:  (415) 439-1500 | |
| tshafroth@kirkland.com | *Counsel for Defendant Abbott Laboratories* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2012, I served via email the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT to the following counsel for plaintiff:

>Arnold Anderson (Andy) Vickery
>Fred H. Shepherd
>PERDUE KIDD & VICKERY
>510 Bering, Suite 550
>Houston, TX 77057
>Tel: (713) 526-1100
>Fax: (713) 523-5939
>andy@justiceseekers.com
>fred@justiceseekers.com
>
>Christopher C. Trundy
>Massachusetts Bar #555622
>P.O. Box 1203
>New Bedford, MA 02741
>Tel: (508) 984-4000
>Fax: (508) 999-1670
>christrundy@trundylaw.com
>
>*Of Counsel for Plaintiff*

    /s/ Renee Smith