IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAUREEN E. CALISI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE #: 1:11-cv-10671-DJC |
| | § | |
| ABBOTT LABORATORIES, | § | |
| Defendant. | § | |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF OPPOSITION TO ABBOTT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Plaintiff offers this Statement of Material Facts in Support of her Opposition to Abbott's Motion for Summary Judgment:

**EPIDEMIOLOGICAL STUDIES**

1.       Abbott's own retained oncology expert, Dr. Robert Stein, states that the scientific literature does not allow one to conclude that Humira does, or does not cause lymphoma :

Q:       You would agree that there is an issue within the literature related to the methodology of these studies because of the nature of the time component of developing a malignancy, such as lymphoma, leading to diagnosis?

A:       I think it's a real issue.

Q:       Okay.   That real issue exists throughout the literature that you've read?

A:       Yes......the data is limited.   The data is limited because the failure to find a difference does not definitively establish that there is a difference or there isn't a difference....I would agree with you that the literature is limited by the amount of follow-up on the patients to make -- to draw definitive conclusions, and I think this is the problem why we're -- I think we're, in some ways, left with the position that we have -- we don't have definitive data to resolve the issue, and certainly cannot prove that there is a relationship nor that there isn't a relationship.   That's the basic problem of what we have.

Exhibit 1 at 114:17-114:25; 115:1-115:20; 202:24-203:7 (Deposition Excerpts of Dr. Robert Stein).

2.     Dr. Howard Ory, Defendant's retained epidemiological expert, opines that the scientific literature is clear that Humira does not cause lymphoma: "As I discuss below, the absence of a significant association means there cannot be a causal association between anti-TNF agents, including Humira, and lymphoma.  Accordingly, there is no reliable scientific evidence that anti-TNF agents, including Humira, cause lymphoma.  Exhibit 2 at 7 (Expert Report of Dr. Howard M. Ory).

3.     Key Opinion Leaders in the context of medical science are physician peers who are paid by drug manufacturers to educate their colleagues about the manufacturer's products."  Exhibit 3 at 1558 (Mello M et al, *Shifting Terrain in the Regulation of Off-Label Promotion of Pharmaceuticals,* N Engl J Med 2009; 360:1557-1566).

4.     Of the 13 epidemiological studies cited by Defendant, at least seven of them are authored or coauthored  by an Abbott Key Opinion Leader who is not an "Independent," but rather is held by Abbott to be either "True Partners," "Advocates," or "Supporters" (Dr. Arthur Kavanaugh, Dr. John Cush, Dr. Michael Schiff, and Dr. Lars Klareskog).  Exhibit 4 at 13 (Humira Psoriasis Approval Plan)[CONFIDENTIAL[1]]; Exhibit 5 at 1 (Klareskog KOL Email Dated Sept 2005)[CONFIDENTIAL].

5.     Ghostwriting is defined as "a professional medical writer ("ghostwriter") employed by a drug company, CRO, or medical communications company, who is paid to write an article but is not named as an author; and a clinical investigator ("guest author"), who appears as an author but does not analyze the data or write the manuscript. Ghostwriters typically receive a packet of materials from which they write the article; they may be instructed to insert a key paragraph

---

[1]  "CONFIDENTIAL" will designate that this exhibit or record reference has been marked as confidential by Abbott.  As such, it will be filed under seal.

favorable to the company's product."  Exhibit 6 at 1542 (Bodenheimer T, *Uneasy Alliance —*
*Clinical Investigators and the Pharmaceutical Industry*, N Engl J Med 2000; 342:1539-1544.

6.      A 2004 email to Abbott employee Jeff Kent states:  "Attached is a letter we ghost
wrote for you in regards to the ACR 2004 and a Rheum News journal we are sending out on the
event- please let me know if you have any issues with the letter."  Exhibit 7 at 1 (Ghostwritten Email
Dated Sept 2004)[CONFIDENTIAL].

7.      Abbott strategically chooses which Key Opinion Leaders and doctors it wants to
headline ghostwritten manuscripts to be most effective:  "For our long term RA safety abstracts, we
have used Schiff and Burmester as primary authors.  We were planning on including one KOL from
each of the programs as authors of the abstract.  Who would you like for AS? I thought of John
Davis, but since this is a European meeting, would you recommend van der Heij de instead?"
Exhibit 8 at 2 (Schiff and Burmester Ghostwritten Email Dated Jan. 2006)[CONFIDENTIAL].

8.      An example of a ghostwritten scientific article by Abbott is entitled *Biologics in*
*General Medicine:  Adalimumab* with the author byline given as "Authors to be determined."
Exhibit 9 at 1 (Biologics in General Medicine Ghostwriting)[CONFIDENTIAL].

9.      Of the 13 epidemiological studies cited by Defendant, at least four studies are
authored or coauthored by a KOL for whom Abbott provides ghostwritten material (Dr. Michael
Schiff, Dr. Lars Klareskog, and Dr. Gerd Burmester).  Exhibit 10 at 1 (Klareskog Ghostwritten
Article Dated Oct 2006)[CONFIDENTIAL]; Exhibit 11 at 1 (Schiff and Burmester Ghostwritten
Article Dated March 2005)[CONFIDENTIAL]; Exhibit 8 at 2 (Schiff and Burmester Ghostwritten
Email Dated Jan. 2006)[CONFIDENTIAL].

10.      Multiple studies have found an increased risk of lymphoma for persons taking TNF-
blocker:

Geborek found a RR for lymphoma of 4.9 (95% CI .9 to 26.2).  Exhibit 12 at 699 (Geborek P et al., *Tumour necrosis factor blockers do not increase overall tumour risk in patients with rheumatoid arthritis, but may be associated with an increased risk of lymphomas*. Ann Rheum Dis. 2005 May;64(5):699-703.)

Leombruno found a OR for lymphoma of 1.26 (95% CI .52 to 3.06).  Exhibit 13 at 1136 (Leombruno JP et al., *The safety of anti-tumour necrosis factor treatments in rheumatoid arthritis: meta and exposure-adjusted pooled analyses of serious adverse events*.  Ann Rheum Dis. 2009 Jul;68(7):1136-45.)

Wolfe found a <u>statistically significant</u> increased risk of lymphoma when comparing persons with RA taking Humira and methotrexate verse all other treatments (OR=5.6 CI 95% 1.1 to 29.0), and a borderline statistically significant increased risk of lymphoma for those taking Humira verse all other medications (OR=4.5 CI 95% .9 to 23.1.  Exhibit 14 at 1437 (Wolfe F et al., *The effect of methotrexate and anti-tumor necrosis factor therapy on the risk of lymphoma in rheumatoid arthritis in 19,562 patients during 89,710 person-years of observation*. Arthritis Rheum. 2007 May;56(5):1433-9.)

Bernatsky found an adjusted RR of 1.92 (95% CI .49-7.5) for hematological cancers. Exhibit 15 at 280 (Bernatsky S et al., *Hematologic malignant neoplasms after drug exposure in rheumatoid arthritis*. Arch Intern Med. 2008 Feb 25;168(4):378-81.)

Askling found a RR for lymphoma of 1.35 (95% CI .82 to 2.11).  Exhibit 16 at 648 (Askling J et al.,  *Anti-tumour necrosis factor therapy in rheumatoid arthritis and risk of malignant lymphomas: relative risks and time trends in the Swedish Biologics Register.* Ann Rheum Dis. 2009 May;68(5):648-53.)

Askling found a hazard ratio of 2.69 (95% CI .91 to 8.21) for all site cancer excluding non-melanoma skin cancer when looking at Outcome C, which Dr. Goldsmith considered the most conservative outcome.  Exhibit 17 at 125 (Askling J et al., *Cancer risk with tumor necrosis factor alpha (TNF) inhibitors: meta-analysis of randomized controlled trials of adalimumab, etanercept, and infliximab using patient level data*. Pharmacoepidemiol Drug Saf. 2011 Feb;20(2):119-30.)

11.     Defendant's own paid epidemiological expert, Dr. Howard Ory, admitted that consistently more studies than not have point estimates of risk above 1.00.  Exhibit 18 at 148:21-148:23; 149:13-149:18 (Deposition Excerpts of Dr. Howard Ory).

12.     Defendant's own paid epidemiological expert, Dr. Ory, stated during his deposition: "I mean, what -- what's most striking to me here, is that this issue has been around for a decade, and it started out where people thought the risk was higher, and -- and as time has passed, the relative

risk continually fall, and -- and you sound like you know, that means regression to the mean, and so that's what I think is happening here. I mean -- I mean, as we get more and more data, we get closer and closer to what the true -- the true risk is, and that just keeps falling towards 1, as time has passed. That -- that's -- and I see that within the studies and I see it in the studies, one to the other. *Id.* at 235:13-235:25.

13.     Bongartz et al. (2006) *Anti-TNF antibody therapy in rheumatoid arthritis and the risk of serious infection and malignancies: Systemic review and meta-analysis of rare harmful effects in randomized clinical trials*. Journal of the American Medical Association 295: 2275-2285 (2006) was a meta-analysis of multiple clinical trials of anti-TNF therapy–including Humira– among RA patients. It examined risk of malignancies among the treatment versus placebo arms of a large subset of anti-TNF therapy clinical trials. Exhibit 19 at 2275. The authors found the pooled OR for all malignancies was 3.3 (95% CI,1.2-9.1). *Id.* Malignancies were significantly more frequent in patients treated with higher doses (OR = 4.3) compared with patients who received lower doses (OR = 1.4) of anti-TNF drugs. *Id.* These result were statistically significant. *Id.*

14.     Lars Klareskog is an Abbott Key Opinion Leader (KOL). Exhibit 5 at 1 [CONFIDENTIAL]. Abbott has ghostwritten scientific articles for publication under his name. Exhibit 10 at 1 [CONFIDENTIAL].

15.     When Dr. Klareskog reviewed the Bongartz study, ¶ 13, *supra*, he found both a statistically significant increased risk of malignancies in persons taking TNF-blockers and a dose response relationship. Exhibit 20 at 2 (Klareskog Email Dated May 2006)[CONFIDENTIAL]. He further told Abbott that "the methodology [of the study] was OK," that "this is a true safety signal...that should be taken seriously....", and that he does " believe the dose story." *Id.*

16.     In the wake of the 2006 Bongartz study, Abbott orchestrated and initiated a broad based plan to distinguish and criticize the study findings.   Exhibit 21 at 1 (JAMA Response Strategy)[CONFIDENTIAL];   Exhibit   22   (May   2006   Email   Bongartz Publication)[CONFIDENTIAL].

17.     A very recent and the largest to date meta-analysis related to lymphomas and TNF-blockers found an odds ratio for lymphoma to be 2.1 (95% CI, .55-8.4).   Exhibit 23 at 898 (Lopez-Olivo MA et al., *Risk of Malignancies in Patients With Rheumatoid Arthritis Treated With Biologic Therapy: A Meta-analysis*. JAMA. 2012;308(9):898-908.).   This article was published in the Journal of the American Medical Association in September 2012 and includes data from 63 randomized , placebo control trials with a total study population of 29,423 patients. *Id.* The authors note that "[m]ost observational studies have found increased risk of malignancies ranging across studies, with relative risks (RRs) of 0.7 to 2.7 for all types of malignancies, 1.1 to 5.0 for lymphoma....". *Id.* at 899.   Lastly, the authors state that the "risk of lymphoma with TNF inhibitors was doubled but did not reach statistical significance." *Id.* at 901.

18.     Dr. Ory holds that "a point estimate is the most likely estimate of relative risk comparing the risk of, say, a substance and an outcome, like a disease, and the confidence interval." Exhibit 18 at 25:18-25:23.

19.     Internally, Abbott admits that there is a difference between "statistical significance" and "clinical significance."   Exhibit 24 at 3 (Internal Email Dated Oct. 2010)[CONFIDENTIAL].

20.     Brown, *et. al., Tumor Necrosis Factor Antagonist Therapy and Lymphoma Development: Twenty-Six Cases Reported to the Food and Drug Administration*, 46 Arthritis & Rheumatism 3151 (2002) (App. 41) is a peer-reviewed publication citing two cases of "dechallange": "In 1 case (patient 17 in Table 1) thymoma was observed to shrink and necrose after the

discontinuation of etanercept [Enbrel]. Exhibit 25 at 3154. In a second patient (patient 5 in Table 3) significant reduction in axillary lymphadenopathy was reported after discontinuation of infliximab. Both responses occurred in the absence of standard antilymphoma chemotherapy." *Id.* at 3154. The authors further state that "[t]wo individuals with previously treated lymphoma that was in remission at the time anti-TNF therapy was initiated very quickly developed recurrent disease and died of fulminant lymphoma." *Id.* at 3157.

21.     Baecklund, *et al., Association of Chronic Inflammation, Not Its Treatment, With Increased Lymphoma Risk in Rheumatoid Arthritis*, 54 Arthritis & Rheumatism 692 (2006) found a statistically significant increased risk for lymphoma in rheumatoid arthritis patients taking the immunosuppressive drug azathioprine verses controls. Exhibit 26 at 697 (Baecklund 2006). TNF-blockers were not analyzed in the study. *Id.*

22.     Abbott's retained epidemiological expert, Dr. Ory, admits that to assess whether a drug causes an adverse event one must look at more than epidemiology:

> Q:     But getting back to what we're saying, are you -- if I hear what you're saying correctly, just beca – epidemiology is not the only consideration when trying to assess whether a drug causes an adverse event in an individual person, correct?
>
> A:     That's correct.
>
> Q:     You have to look to other factors, correct?
>
> A.     You do.

Exhibit 18 at 117:8-117:16.

23.     The head of Abbott's Pharmacovigilance, Dr. James Embrescia) agrees that epidemiology is but one factor used in assessing whether or not a drug is related to an adverse event:

> Q:     So you'd agree that when trying to make an assessment to the relationship between an individual person, the drug, and the adverse

event, epidemiology would be one factor to consider in making that
determination but not the only factor?

A.    That would be true.

Exhibit 27 at 32:5-32:11 (Deposition Excerpts of Dr. James Embrescia)[CONFIDENTIAL].

24.    Dr. Ory also admits the Bradford Hill factors are an additional manner in which to

weigh causation.  Exhibit 18 at 10-11.

25.    *The Reference Manual on Scientific Evidence* list the following Bradford Hill Criteria:

1.    Temporal relationship

2.    Strength of the association.

3.    Dose–response relationship

4.    Replication of the findings,

5.    Biological plausibility (coherence with existing knowledge),

6.    Consideration of alternative explanations,

7.    Cessation of exposure,

8.    Specificity of the association, and

9.    Consistency with other knowledge.

(2011 REFERENCE MANUAL ON SCIENTIFIC EVIDENCE: THIRD EDITION).

26.    Abbott's Rule 30(b)(6) clinical trial designee and Divisional Vice President for

Humira believes it is biologically plausible that Humira can cause lymphoma:

Q:    Okay.  Now, and I will read for you the sentence that starts on the --
      the last sentence on the column before that:  "It is biologically
      plausible that TNF antagonists, which are novel immunomodulatory
      agents, might produce significant adverse effects including an
      increased risk of malignancy. Do you agree with that sentence?

A:    It is possible.

Q:   Okay.  And is it biologically plausible?

A:   It is biologically plausible.

Exhibit 28 at 64:9-18 (Deposition Excerpts of Dr. John Medich)[CONFIDENTIAL].

* * *

27.   Abbott rheumatologist and 30(b)(6) designee also believes it is biologically

plausible for Humira to cause lymphoma:

Q:   Dr. Pangan, I'm going to try to wrap this up. And I apologize if this is a little repetitious of what we've done.  I want to make sure we have a clear understanding. Is it fair to say that from the time Humira was launched at the end of 2002 forward, that there was a reasonable biologically plausible relationship or association between Humira and the development of lymphoma?

A:   Yes.

Exhibit 29 at 64:9-64:18 (Deposition Excerpts of Dr. Aileen Pangan)[CONFIDENTIAL].

28.   Ms. Pangan also believes that there is in fact an association between lymphoma and

Humira:

Q:   Okay. But Humira is reasonably associated with a number of adverse events, is it not?

A:   Yes.

Q:   Lymphoma?

A:   Yes

*Id.* at 67:11-14.

29.   Dr. Medich also admits that Humira suppresses the immune system and could cause

cancer:

Q:   Is there an association between inflammation in the human body and cancer?

A.   I am not able to answer that question.

Q.    That is the posited -- the hypothesis, if you will, on how rheumatoid arthritis itself puts people at greater risk for lymphoma, isn't it?

A.    My understanding is that the hypothesis is that the fact that patients have a compromised immune system is what may put them at higher risk for lymphoma.

Q.    Well, but Humira further compromises the immune system, doesn't it?

A.    So Humira does have an impact on the immune system.

Q.    It suppresses the immune system doesn't it?

A.    It suppresses the immune system.

Q.    So if -- If having a compromised immune system contributes to the risk of cancer, than any drug, whether Humira, methotrexate, or any other drug that further suppresses the immune system would increase the risk of cancer, wouldn't it?

A.    A drug that suppresses the immune system may have an impact on the risk of malignancy.

Q.    Impact being increase the risk?

A.    May increase the risk.

Exhibit 28 at 51:5-52:5.

30.    When asked in deposition why patients are excluded from Humira clinical trials if they have previous history of malignancy, senior Abbott executive Dr. John Medich said "[t]hey're excluded because there is a potential risk of malignancy. *Id.* at 65:20-65:21.

31.    Abbott senior executives have admitted that there have been lymphoma cases in their clinical trials that their own clinical investigators have determined are "probably related" to lymphoma. *Id.* at 29:14-37:21 [CONFIDENTIAL]; Exhibit 30 at 114 (July 2002 BLA)[CONFIDENTIAL]; Exhibit 31 at 1-2 (May 2003 Adverse Event Report)[CONFIDENTIAL].

32.     For an Abbott clinical trial investigator to find the relationship between Humira and lymphoma probably related, they would have to conclude that the lymphoma "followed a reasonable temporal sequence from administration of the study drug and could not reasonably be explained by the known characteristics of the patient's clinical state or concomitant therapy.  Exhibit 32 at 67 (Integrated Safety Summary)[CONFIDENTIAL].

33.     Abbott specifically seeks out clinical investigators because of their judgment, expertise, and knowledge.  Exhibit 33 at 39:3-40:12 (Deposition Excerpts of Dr. John Medich dated September 14, 2012)[CONFIDENTIAL].

34.     Abbott found that there was a statistically significant increased rate of malignancies in their Humira clinical trials prior to Humira going on the market:

> Q.     And this, so we understand what it is, this is Abbott's summary of all the safety data in the clinical trials that were being provided to the FDA when you asked for permission to sell this drug?
>
> A.     That is correct.
>
> Q.     And over, if you would, on page 00160671.
>
> A.     Okay.  I'm there.
>
> Q.     What is the title of this paragraph 6.2.6?
>
> A.     "Malignancies."
>
> Q.     And you want to read the first sentence, or you want me to do it?
>
> A.     I can read the first sentence.
>
> Q.     Okay.
>
> A.     "21 patients 19 (1.4) percent of 1388 adalimumab treated patients and 2 (0.3) percent of 690 placebo treated patients were discovered to have malignancies."

Q.      And the next sentence says:  "Shown in Table 31, this difference was
        statistically significant."  Correct?

A.      That is what it says.

Q.      So the -- Roughly speaking, you're talking about a rate of
        malignancies on people getting Humira is four and a half times higher
        than patients from the same patient population who were getting
        placebo?

A.      We're talking about a percentage difference.

Q.      0.3 for placebo, and 1.4 percent for Humira right?

A.      Yes.

Q.      Which is roughly four times higher, right?

A.      As a percentage basis, yes.

Q.      And this is statistically significant data?

A.      It is statistically significant with a P value of less than .05.

Exhibit 28 at 72:22-74 [CONFIDENTIAL].

35.     Abbott admits that there was a statistically significant increased risk of lymphoma

found in Humira clinical trials before Humira went on the market:

Q.      Okay.  And as of this point in time, if you look over on page 192.

Q.      The expected rate of malignancies in RA trials is 2.3, but the SIR is 4.8, right?

A.      We're looking at all lymphomas?

Q.       All lymphomas, right.

A.      So expected based on the SEER database is 2.3.

Q.      And we know from the confidence interval to the right, from 2.4 to
        8.6, that it's statistically significant?

A.      Yes.

*Id.* at 90:13-91:2 [CONFIDENTIAL].

36.     Dr. Soiffer has a long history of working with immunosuppressed patient who develop lymphoma:

Q.      Is that opinion based on reasonable medical probability?

A.      It's based on reasonable medical probability, my practice as an oncologist and my experience with immune-compromised patients at risk for immune suppression-related lymphomas.

Exhibit 34 at 316:3-316:8 (Deposition Excerpts of Dr. Robert Soiffer).

37.     Dr. Soiffer is the Chief of the Hemotologic Malignancies at the Dana Farber Institute and Professor of Medicine at Harvard Medical School. *Id*. at 2. Further Dr. Soiffer has practiced medicine for nearly 30 years and is board certified in internal medicine and medical oncology. *Id*. at 16.

38.     Dr. Soiffer has personally used TNF-blockers in his practice as an oncologist at Dana Farber. *Id.* at 45:21-46:2.

39.     Dr. Soiffer is offering opinions on both general and specific causation in Plaintiff's case:

Q:      And are you competent to make assessments of whether a particular substance in general causes a particular condition? Do you believe that's within your area of expertise?

A.      To some degree, yes.

Q.      Okay. Were you attempting or -- let me ask you this. In rendering your opinions in this case, did you assume based on the work of other experts in this case that Humira is capable of causing lymphoma?

A.      I -- after I reviewed the documents, I believed, as stated here, that Humira is capable of contributing to the development of lymphoma.

Q.      Okay.  And we'll talk about that in a little bit more detail. Did you
        reach that opinion to a reasonable degree of medical and scientific
        certainty?

A.      Yes.

*Id.* at 33:17-34:10.

40.     Dr. Soiffer's opinion found that Humira suppresses the immune system, and in so
doing increases the risk of cancer:  "The primary mode of action of adalimumab (Humira) is
inhibition of the activity of tumor necrosis factor (TNF-α).  TNF-α is a pro-inflammatory cytokine
and has been implicated in the manifestation of inflammatory diseases such as rheumatoid arthritis.
TNF-α inhibition results in the suppression of the immune system .  There exists multiple examples
in related clinical settings which impaired functioning of the immune system is associated with an
increase incident of lymphoma."  Exhibit 35 at 2 (Expert Report of Dr. Robert Soiffer).

41.     Dr. Soiffer explained in deposition how suppression of the immune system leads to
lymphoma:

Q:      Okay.  Now let's talk a little bit about your opinion.  It's not your
        opinion, as I take it based on what you've written, that there's
        sufficient evidence to establish to a reasonable degree of medical and
        scientific certainty that TNF inhibitors actually cause lymphoma?

A:      It is my -- have to clarify the term "cause" versus "contribute."

Q:      Well, what -- how do you understand the difference?

A.      I understand cause as the TNF inhibitors directly cause some
        transformation of cells that are -- direct effect on the cells that cause
        lymphoma. Contribute means that they've altered -- in my – the way
        I view it, they've altered something in the environment of the host, of
        the patient, to make them more susceptible to the development of a
        lymphoma, for which in these patients, they're already at risk.

Q:      And they're already at risk because of their RA?

A:      Correct.

Q:      Okay.  And so to come back, accepting that -- your distinction, you don't have an opinion that TNF inhibitors actually cause lymphoma?

A:      Using the definition that I just set forth that they transform the lymphocytes to cause a lymphoma --

Q:      Right.

A:      -- to cause lymphoma directly in that way, I don't have an opinion on that.  I have an opinion on the contribution to the environment to allow it to grow.

Q:      Right.  And so your opinion is that TNF inhibitors act together with the -- essentially the inflammation and risk a patient already has in some ways that creates a circumstance where lymphoma can grow?

A:      More than it would be if it weren't there.

Exhibit 34 at 244:5-245:14.

42.     Dr. Soiffer opines that Humira caused Maureen to develop lymphoma:

Q:      Assume with me that the law asks in the definition of the word "cause," whether an agent, particularly in this case, Humira, is a substantial contributing factor in the development of Ms. Calisi's lymphoma.  You assume that definition of "cause" with me. Do you have an opinion whether the Humira in Ms. Calisi's case was a substantial contributing factor or cause in her development of lymphoma?

A.      I could say it was a substantial contributing factor.

Q.      Is that opinion based on reasonable medical probability?

A.      It's based on reasonable medical probability, my practice as an oncologist and my experience with immune-compromised patients at risk for immune suppression-related lymphomas.

Q.      Is -- is that experience that you brought to bear in this particular case experience and training you use in a setting in the practice of medicine that is outside of a courtroom?

A.      Yes.

Q.     Is that the same method that you have tried to  apply to developing
your opinions in this case?

A.     Yes.

*Id*. at 315:17-316:16.

43.     Dr. Soiffer also opined that Maureen's use of Humira was "a greater than 50 percent

contributor to her developing lymphoma despite her rheumatoid arthritis.  *Id*. at 311:22-313:6.

44.     Dr. Soiffer refers to peer reviewed literature to support his opinions , to specifically

include a study in the Journal of the American Medical Association that showed a <u>statistically</u>

<u>significant</u> increased risk of malignancies and serious infections for persons taking TNF-blockers.

Exhibit 19 at 1; Exhibit 35 at 3.

45.     This same report evidenced a <u>statistically significant </u>dose response relationship with

those taking higher doses of TNF-blockers having an increased risk of developing malignancies and

serious infections as compared to those taking lower doses of TNF-blocker therapy.  Exhibit 35 at

3.  "This dose response effect provides strong evidence implicating TNF antibodies in lymphoma

development." *Id.*

46.     Dr. Soiffer is also aware of compelling evidence of "dechallange" regarding

lymphoma and TNF-blockers:

Q.     And isn't it the fact that you have dechallenge – or upon dechallenge,
people do regress sometimes, and you can't figure out why?

A.     For lymphomas, for lymphoproliferative disorders who are on
immune suppression, there have been repeated observations of
withdrawal and -- as I stated earlier and -- and -- and resolution.  We
also know that in numerous circumstances, in several circumstances,
that patients on more immune suppression are often more likely to get
a malignancy. So if you combine the issue of those going forward
who are more immune-suppressed -- more immune-suppressed or
more likely to get a malignancy than those who are on less immune
suppression, plus the fact that you withdraw the immune-suppressive
agent and the malignancy goes away, to me, in my professional

opinion, is extremely suggestive of a significant contributing role of that particular agent to the development of that malignancy.

Q.      It's suggestive?

A.      Yes.

Exhibit 34 at 132:17-133:13.

47.     Dr. Soiffer weighed Marueen's various risk factors for lymphoma (age, RA, and Humira use), stratified them according to degree of risk, and then determined to a reasonable degree of medical certainty that her Humira use was the most significant factor. *Id.* at 170:5-171:20.

48.     Defendant's retained oncologist–Dr. Robert Stein– believed Dr. Soiffer to be both well qualified and methodologically sound with respect to his opinions in this case:

Q:      Having reviewed the rough transcript, and you read his report and you've laid out the differences, and you've given the substance of your opinion here today, is there anything in particular in the rough transcript that you reviewed that you want to take issue with, in addition to what you take issue with in your report?

A:      No.

Q:      I just -- there's nothing that you observed from Dr. Soiffer's process, that is, the method that he employed to come to his conclusion, that, in and of itself, leads you to say, other than disagreeing with his conclusion, that he -- he's just doing this wrong?

A:      I guess there's a question about the completeness of the database he used. But, I mean – which I think is why we have reached different conclusions. But, basically, I think someone who looked at the data and reached a different conclusion, that's basically the way I see the situation.

Q:      And the data specific to the rheumatology field and the relationship of this drug and lymphoma, all of that was provided to you by counsel for Abbott?

A:      That's correct.

Exhibit 1 at 216:10-217:8.

-17-

49.     Dr. Stein based his opinions entirely on information provided to him by Abbott's counsel. *Id.*

50.     Dr. Goldsmith conducted a Bradford Hill analysis when considering the relationship between TNF-blockers and lymphoma:

Q:      So, is it fair to say then that number of people had input into the development of the factors or criteria that an epidemiologist would consider in determining whether an exposure causes a disease?

A:      Right.  And, farther into my chapter I actually go through the Hill criteria looking at this question about silica and lung cancer.  I just want you to know that I think about that,  too, almost all of the time I am, you know, working on these issues.

Exhibit 36 at 49:20-50:8 (Deposition Excerpts of Dr. David Goldsmith).

51.     Dr. Goldsmith relied on published, peer review studies in coming to his conclusions. Exhibit 37 at 2-3 (Expert Report of Dr. David Goldsmith).  Among those was a meta analysis in the Journal of the American Medical Association that showed a statistically significant increased risk of malignancies of 3.3 (95% CI 1.2-9.1) in patients taking TNF-blockers.

52.     Dr. Goldsmith found evidence of a biologically plausible explanation as to how Humira causes lymphoma  "which has been demonstrated by industry experts in this field."  Exhibit 36 at 398:1-398:3.

53.     Dr. Goldsmith also found evidence of a temporal relationship between Humira and lymphoma, in particular dechallange:

Q:      Do you consider temporal relationship?

A:      Yes, actually it is sine qua non.  You cannot have a finding of, in this case, a cancer related to someone who starts the drug on the same day.  There is no way that those are linked. So, the exposure must always precede the cancer, must always precede -- the exposure must always precede the whatever health effects you are talking about. And we, we do see that in all of these data that we are talking about.

Q:     And when we consider, when you consider temporal relationship is
       dechallenge something that you would consider?

A:     Yes, I mean it is something that we know from looking at the Brown
       study, was something that she reported that when patients stop taking
       the anti-TNF drugs, their lymphoma regressed, and that is an
       important point.

*Id.* at 398:9-399:9.

54.    Dr. Goldsmith also found evidence of a dose response relationship between Humira

and malignancies: "You are looking at dose response, and there is a dose response in Bongartz." *Id.*

at 398:4-398:5; Exhibit 37 at 3.

55.    Dr. Goldsmith found that in the majority of studies he considered both at the time of

his report and during his deposition that there was a consistent trend that persons taking TNF-

blockers or other immunosuppressant were at increased risk of lymphoma, even though the numbers

often failed to reach statistical significance.   Exhibit 36 at 396:6-397:15; Exhibit 37 at 2-5.

Defendant's own epidemiological expert agrees.   Exhibit 18 at 146:23-148:23 [CONFIDENTIAL].

A sampling of these studies presented to Dr. Goldsmith and their findings are below:

Geborek found a RR for lymphoma of 4.9 (95% CI .9 to 26.2).  Exhibit 12 at 699
(Geborek P et al., *Tumour necrosis factor blockers do not increase overall tumour
risk in patients with rheumatoid arthritis, but may be associated with an increased
risk of lymphomas.* Ann Rheum Dis. 2005 May;64(5):699-703.)

Leombruno found a OR for lymphoma of 1.26 (95% CI .52 to 3.06).  Exhibit 13 at
1136 (Leombruno JP et al., *The safety of anti-tumour necrosis factor treatments in
rheumatoid arthritis: meta and exposure-adjusted pooled analyses of serious adverse
events.* Ann Rheum Dis. 2009 Jul;68(7):1136-45.)

Wolfe found a statistically significant increased risk of lymphoma when comparing
persons with RA taking Humira and methotrexate verse all other treatments (OR=5.6
CI 95% 1.1 to 29.0), and a borderline statistically significant increased risk of
lymphoma for those taking Humira verse all other medications (OR=4.5 CI 95% .9
to 23.1.  Exhibit 14 at 1437 (Wolfe F et al., *The effect of methotrexate and anti-tumor
necrosis factor therapy on the risk of lymphoma in rheumatoid arthritis in 19,562
patients during 89,710 person-years of observation.* Arthritis Rheum. 2007
May;56(5):1433-9.)

Bernatsky found an adjusted RR of 1.92 (95% CI .49-7.5) for hematological cancers. Exhibit 15 at 280 (Bernatsky S et al., *Hematologic malignant neoplasms after drug exposure in rheumatoid arthritis*. Arch Intern Med. 2008 Feb 25;168(4):378-81.)

Askling found a RR for lymphoma of 1.35 (95% CI .82 to 2.11). Exhibit 16 at 648 (Askling J et al., *Anti-tumour necrosis factor therapy in rheumatoid arthritis and risk of malignant lymphomas: relative risks and time trends in the Swedish Biologics Register.* Ann Rheum Dis. 2009 May;68(5):648-53.)

Askling found a hazard ratio of 2.69 (95% CI .91 to 8.21) for all site cancer excluding non-melanoma skin cancer when looking at Outcome C, which Dr. Goldsmith considered the most conservative outcome. Exhibit 17 at 125 (Askling J et al., *Cancer risk with tumor necrosis factor alpha (TNF) inhibitors: meta-analysis of randomized controlled trials of adalimumab, etanercept, and infliximab using patient level data.* Pharmacoepidemiol Drug Saf. 2011 Feb;20(2):119-30.)

56.     When Dr. Gershwin published his paper Kong et al., *Potential Adverse Events with Biologic Response Modifiers*, 5 Autoimmunity Reviews 471,482 (2006) he did not have access to confidential Abbott information he relied on in creating his expert report in this case, including 30(b)(6) deposition testimony of Abbott employees and internal Abbott documents and emails. Exhibit 38 at 1-3.

57.     Dr. Gershwin was unaware of "significant data published in 2006 and since" as well as data published in 2004 that he had not seen. Exhibit 39 at 97:8-97:16.

58.     Dr. Gershwin's methodology in this case focused primarily on the Bradford Hill factors:

> Q:     So, Dr. Gershwin, I -- could you spend some time talking about the methodology you used in this case to determine that Humira can cause lymphoma?
>
> A:     I can if I can find my notes. So I used Bradford Hill criteria of causality.

Exhibit 39 at 458:5-458:9; *see also id.* at 95:8-95:10 ("I would only testify if I was certain I could fulfill Bradford Hill criteria with appropriate methodology to address that issue.); *Id.* at 119:8-119:10 ("I left no stone unturned particularly with respect to methodology in Bradford Hill...."); *Id.* at

153:15-153:19 ("the basis of my opinions contains additional material that will fulfill Bradford Hill criteria and reflect the methodology I used, and in addition will discuss experimental evidence, which is Number 8 of the Bradford Hill criteria."); *Id.* at 268:6-268:11 ("So a reduction in TNF by analogy, by association, one of the methodologies in Bradford Hill, including experimental evidence, which is part of Bradford Hill is supportive of the concept that anti-TNF is at increased risk for lymphoma in some patients with rheumatoid arthritis."); *Id.* at 167:23-167:25 ("in the situation we have here, we depend on, as with Bradford Hill, other associated features to help us in that question.").

59.     Dr. Gershwin found evidence of strength of association: "The trend in all of these studies has been towards an increased incidence of lymphoma."  *Id.* at 459:23-459:25.

60.     Dr. Gershwin found a temporal association: "Temporality by itself is not sufficient, but I note the cases in which the lymphoma regressed when the anti-TNF was discontinued."  *Id.* at 460:10-460:12.

61.     Dr. Gershwin found evidence of consistency:   "I want to point out that immunosuppression consistently has been associated with lymphoma.  That in fact whether it's congenital immune deficiency states, whether it's patients who develop common variable immune deficiency with age, whether it's patients with HIV, they have an increased incidence of lymphoma, all consistent with immunosuppression.  People agree consistently that anti-TNF agents produce immunosuppression that is dose dependent.  And indeed the studies have addressed other cancers as well, including an alpha beta -- including a Gamma Delta T cell lymphoma consistent with this association."  *Id.* at 460:16-461.

62.     Dr. Gershwin found evidence of biological plausibility: "So the literature is filled with the mosaic which reflects the relationship between immunosuppression and development of

lymphoma.  I gave multiple examples in the deposition.  Not only is it rational.  Not only is it theoretical, but it's been shown in both animals and human studies for more than 25 years.  *Id.* at 461:7-461:13.

63.     Dr. Gershwin found evidence of coherence: "It's clear that lymphoma is most common in patients with severe rheumatoid arthritis, severe being severe inflammation.  Indeed, the Baekeland study in Arthritis and Rheumatism in 2006 will document that.  In fact in studies of lymphoma in rheumatoid arthritis with other drugs, the agent that stands out with the highest risk is Azathioprine, which is used in rheumatoid arthritis and which produces a significant relative risk, and which produces lymphoma. And indeed the reason why it's so common with Azathioprine unlike the more uncommon event in anti-TNF and rheumatoid arthritis is Azathioprine will interfere with everybody's DNA, whereas the anti-TNF agents firstly are not agents that work in everybody.  There are people who seem to be more affected than others.  Similarly there are patients who are more likely to be predisposed to lymphoma with anti-TNF.  *Id.* at 461:20-462:12.

64.     Dr. Gershwin found evidence of specificity in the cause:  The specificity again is immunosuppression backslash dysregulation.  *Id.* at 462:17-462:18.

65.     Dr. Gershwin found evidence of a dose response relationships: "There is no doubt that anti-TNF is an immunosuppressive.   There is no doubt the more you give, the more immunosuppression takes place.  *Id.* at 463:19-463:21.

66.     Dr. Gershwin found experimental evidence:  "The data we discussed in the mouse models in which mice are depleted of TNF by their congenital gene deletion, and then overexpressed with BAFF due to their genetic interposition is extremely important.  Yes, I agree it is an extreme situation, and it's extreme because you're getting rid of more TNF, and you're giving more BAFF. But on the other hand, patients who develop lymphoma reflect the tip of all-- the tip of all patients

with rheumatoid arthritis.  They also reflect an uncommon situation.  More importantly what the mouse paper does, it provides a molecular mechanism by which lymphoma has developed." *Id.* at 463:25-464:11.

67.     Dr. Gershwin found evidence of analogy:  "Immunosuppression, whether it's due to kids with ataxia telangiectasia or whether it's due to patients who have HIV, immunosuppression can lead to lymphoma.  Moreover, a point to emphasize is immunosuppression has to be the measure. It has to be a quantitative amount.  Meaning that just because something transiently produces a minor degree of immunosuppression is not the same as giving an anti-TNF agent which interacts with multiple pathways, multiple cells in the body, by analogy has more of an impact on immunology than any agents introduced to treat rheumatoid arthritis in the 50 years in which we've been treating rheumatoid arthritis with agents beyond aspirin.  *Id.* at 465:1-465:15."

68.     The head of regulatory affairs for Humira believes that any warning information should be based on data not a marketing message:

Q:      Would you agree, sir, that it would be inappropriate for Abbott to
        issue a warning considered primarily on a marketing message?

A:      Absolutely.

Q:      And a warning should be data-driven, not message-driven.

A:      Yes, it should be data-driven

Exhibit 40 at 149:11-149:19 (Deposition Excerpts of Raymond Votzmeyer)[CONFIDENTIAL].

69.     When discussing the July 2004 lymphoma label change Abbott management stated: "One thing I would suggest also including in our recommendation for lymphoma section is that because of XXX, you can not compare rates across TNF blockers (or similar language). If we get CI (2 to 8 fold increase in RA population) and *caveats for disease severity*, etc. along with a comment not to compare, *we may be able to make this work commercially* (I still need to think about it before

my final recommendation)).”   Exhibit 41 at 1 (June 9, 2004 Email)(emphasis added)[CONFIDENTIAL].

70.    Centocor, the makers of Remicade, sent out a Dear Doctor Letter to physicians regarding their July 2004 lymphoma label change.  Exhibit 42 (Remicade Dear Doctor Letter).

71.    Abbott never issued a Dear Doctor Letter to apprise doctors of the newly added lymphoma data in July 2004 despite the fact that Abbott *did* send out an unrelated Dear Doctor Letter in November of 2004:

> Q:    Okay.  And here, Exhibit 12, is the Centocor dear doctor letter.  Have you ever seen it before?
>
> A:    Yes.  I have seen this before, but not recently.
>
> Q:    Okay.  Do you know whether or not Abbott sent a similar letter to alert rheumatologists and other doctors to this potential risk?
>
> A:    I do not believe that Abbott sent out a similar letter.
>
> Q:    But Abbott did send out a letter to physicians the very next month didn't they?
>
> A:    I don't know.
>
> Q:    Let me show you Plaintiffs' Exhibit 13, and it's dated November 5, 2004, on Abbott stationery.
>
> A:    Yes.  I see that.
>
> Q:    Okay.  And this in the field is called a dear doctor letter, right?
>
> A:    Yes, it is.
>
> Q:    And this letter doesn't have anything to do with lymphoma or other malignancies, does it?
>
> A:    That is correct.

Exhibit 28 at 97:1-97:21 [CONFIDENTIAL].

72.     Instead, Abbott only sent out an internal letter to their sales representatives informing them that "[a]ll TNF antagonists are associated with an elevated risk of lymphoma." Exhibit 43 (Oct 2004 Sales Rep Letter)[CONFIDENTIAL].

73.     Abbott stated that putting "pubic/physicians" on "alert" with regard to new malignancy warnings "might not be an issue from your regulatory of clinical development perspective, but it is definitely one from a commercial perspective." Exhibit 44 at 2 (September 2005 Email)[CONFIDENTIAL]. The communication strategy for this new malignancy warning was a 30 second response for sales reps but "only when asked." *Id.* at 1.

74.     Abbott sales representative were taught that any increased risk of lymphoma in an RA patient was due to the disease and not Humira: "The chronic inflammation associated with RA, *not its treatment*, puts patients at risk for lymphoma; the risk of lymphoma is increased only in the highest levels of disease activity (Baecklund)." Exhibit 45 at 11 (Sales Tool)(Emphasis added)[CONFIDENTIAL]. The scientific article Abbott uses to justify this language is headlined by Dr. Schiff, one of its Key Opinion Leaders that Abbott holds to be a "partner" and for who Abbott has provided ghostwritten manuscripts for publication. Exhibit 4 at 13; Exhibit 8 at 2; Exhibit 11 at 1.

75.     Melissa Harnch, one the Abbott sales representative who called on Dr. Pastan, stated that the sales message she was giving to physicians, including Dr. Pastan, was that the increased risk of lymphoma for RA patients was due to the disease, not Humira:

Q:      Okay.  So -- so that right there, the statement  you just read -- and we were just going round and round about this a couple minutes ago -- is that the take- home message to progressives like Dr. Pastan was that the chronic inflammation of RA and the undertreatment of the disease is what puts patients at risk of lymphoma, not the treatment, right?

A:      Yeah.  It goes back to what we were just talking about.

Q:     I mean -- I mean, I know it –

A:     Yeah.

Q:     -- speaks for itself –

A:     Yeah.

Q:      -- but that's the message you're giving to physicians, right?

A:     Yes.

Exhibit 46 at 112:6-113:1 (Deposition Excerpts of Melissa Harnch)[CONFIDENTIAL].

76.     Abbott was concerned about how increased warnings affects profits.  Exhibit 47 at

1 (October 2004 Email)[CONFIDENTIAL].

77.     Abbott's strategic communication plan to impact prescribing practices was to be

"message driven" not "data driven".    Exhibit 48 at 4 (Strategic Communications

Plan)[CONFIDENTIAL].

78.     The FDA Briefing document from the 3/4/2004 advisory meeting stated that "[t]he

observed SIR for all lymphomas was 5.4 (95% CI, 2.6, 10.0) compared to the general population.

The increased incidence of lymphomas observed among these adalimumab-treated patients raised

concerns about whether adalimumab increases the risk of development of lymphomas.  Published

literature suggests that RA patients have an approximately 2-fold higher risk of lymphoma than the

general population.  Exhibit 49 at 27-28 (FDA Briefing Document).  In addition, in controlled

clinical trials there were 6 cases of lymphoma found in those treated with TNF-blockers, and 0 cases

of lymphoma in the controls.  Exhibit 50 at 216:5-217:20 (FDA Minutes).

79.     Dr. John Medich believes there existed a risk difference between RA patients and RA

patients treated with humira that was not explained by the label:

Q:    And we've already talked about this, but the data showed that the risk of lymphoma for those patients you studied in your clinical trials showed it was five times higher than expected in the background population correct?

A:    Than in the general population.

Q:    And if it's true that the FDA said, well, in the RA population, it should be twice as high, then there's still a 2-and-a-half-times greater risk that's not explained by that particular confounder; true or not?

A:    It still means there's a difference that's not explained by the FDA position of two-fold increase.

Exhibit 28 at 49:17-50:6 [CONFIDENTIAL].

80.    The 2002 Humira label that was in effect at the time Dr. Pastan prescribed Humira to Maureen Calisi said nothing about the risk difference seen in clinical trials between those persons with RA taking Humira, and those with RA taking placebo:

"Lymphomas have been observed in patients treated with TNF blocking agents including HUMIRA. In clinical trials, patients treated with HUMIRA had a higher incidence of lymphoma than the expected rate in the **general population** (see ADVERSE REACTIONS-Malignancies). While patients with rheumatoid arthritis, particularly those with highly active disease, may be at a higher risk (up to several fold) for the development of lymphoma, the role of TNF blockers in the development of malignancy is not known.

Among 2468 rheumatoid arthritis patients treated in clinical trials with HUMIRA for a median of 24 months, 48 malignancies of various types were observed, including 10 patients with lymphoma. The Standardized Incidence Ratio (SIR) (ratio of observed rate to age-adjusted expected frequency in the general population) for malignancies was 1.0 (95% CI, 0.7, 1.3) and for lymphomas was 5.4(95% CI, 2.6, 10.0). An increase of up to several fold in the rate of lymphomas has been reported in the rheumatoid arthritis patient population , and may be further increased in patients with more severe disease activity. (see WARNINGS-Malignancies). The other malignancies observed during use of HUMIRA were breast, colon-rectum, uterine-cervical, prostate, melanoma, gall bladder, bile ducts, and other carcinomas.

Exhibit 51 at 7, 11 (2002 Label)(Emphasis added).

81.    The clinical trial comparison data between those with RA taking Humira verse those with RA taking placebo was added in 2004:  "In the controlled portions of clinical trials of all the

TNF-blocking agents, more cases of lymphoma have been observed among patients receiving TNF

blockers compared to control patients.  During the controlled portions of HUMIRA trials in patients

with moderately  to severely active rheumatoid arthritis, 21ympbomas were observed among 1380

HUMlRA-treated patients versus 0 among 690 control patients (mean duration of controlled

treatment approximately seven months).  Exhibit 52 at 11 (2004 Label).

      82.     Maureen Calisi unequivocally testified that if she was aware that her use of Humira

could potentially cause her cancer, she would have not taken it:

> Q:     If during the period of time from 2003, when you started taking
> Humira, until 2008, when you discovered this lump in your breast, if
> you had received a warning from Abbott, whether on TV or video or
> in any way that was calculated to get your attentions, and they said to
> you, "hey Maureen, this drug, you know, could cause you to have
> cancer, what would you have done?
>
> A:     Well, as I -- as I responded before, if you see the word "cancer" in
> something, you're not going to take it, and I would not have taken it.
> I would have called Dr. Pastan immediately.

Exhibit 53 at 72:20-72:8 (Deposition Excerpts of Maureen Calisi).

      83.     Plaintiff's rheumatologists, Dr. Robert Pastan, believes that Maureen had other

treatment options still available to her at the time of her Humira prescription:

> Q:     So apart from TNF inhibitors, what other treatment options were
> available to Mrs. Calisi at this point, after you've gone through the
> nonsteroidals, the corticosteroids and the DMARDs and they either
> weren't having an effect or they were having toxic side effects?
>
> A:     Oh, I'm sorry. You know, there were a few.  There's a drug called
> leflunomide, Arava, that I didn't put her on.

Exhibit 54 at 154:1-154:1 (Deposition Excerpts of Robert Pastan).

      84.     On September 28, 2012, in a separate Humira/lymphoma case in which the prescribing

physician was being directly paid to Abbott, Massachusetts Federal Judge William Young acting as

a visiting Judge both denied Abbott's learned intermediary defense and certified the learned

intermediary question to the Tennessee Supreme Court, stating that warnings issues are usually for a jury to decide.

> "Minute Entry for proceedings held before Judge William G. Young: Motion Hearing held on 9/28/2012 re [190] MOTION for Summary Judgment filed by Abbott Laboratories. After hearing from the parties, the Court enters an Order granting in part, denying in part [190] MOTION for Summary Judgment - the motion is allowed as to Count I, Count V is dismissed and denied as to all other counts. The Court grants [193] MOTION to Certify Questions of State Law to Tennessee Supreme Court, finds as moot [185] MOTION for Hearing *(for Scheduling Conference and New Scheduling Order).*

Exhibit 55 at 1.

85.    In response to the Bongartz publication, Abbott specifically orchestrated an "action plan" to discredit and/or otherwise minimize the study results.  Exhibit 22 [CONFIDENTIAL]. Included in their plan was soliciting advise, strategy, and the assistance of their "non-independent" Key Opinion Leaders, Schiff, Cush, and Kavanaugh.  *Id.*  Components included a communications strategy, publication, and sales force talking points.  *Id.*

Respectfully submitted,

PERDUE KIDD & VICKERY

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery
Texas Bar No. 20571800
Jim M. Perdue, Jr.
Texas Bar No. 00788180
Fred H. Shepherd
Texas Bar No. 24033056
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email:  andy@justiceseekers.com
Email:  jperduejr@justiceseekers.com
Email:  fred@justiceseekers.com
*Lead Counsel for Plaintiff*
[Admitted *Pro Hac Vice*]

Christopher C. Trundy
Massachusetts Bar #555622
P. O. Box 1203
New Bedford, MA  02741
Telephone:  508-984-4000
Facsimile:  508-999-1670
Email:  christrundy@trundylaw.com
*Counsel for Plaintiff*

<u>Certificate of Service</u>

I certify that on this 21st day of November, 2012, Plaintiff's Statement of Material Facts has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

Richard M. Zielinski, Esq.
Elizabeth K. Levine, Esq.
GOULSTON & STORRS
400 Atlantic Avenue
Boston, MA  02110-2607

Michael P. Foradas, Esq.
Renee D Smith, Esq.
Andrew P. Bautista, Esq.
Whitney L. Becker, Esq.
Brenton Rogers, Esq.
Douglas G.  Smith, Esq.
KIRKLAND & ELLIS, LLP
300 North LaSalle Street
Chicago, IL  60654

Traci L. Shafroth, Esq.
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA  94104

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery